**Order entered September 8, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01544-CR

**BRANDY NICHOLE CROWE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-34211-X**

### ORDER

Before the Court is the State's September 3, 2020 second motion to extend the time to file its brief. The State tendered its brief with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE